# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CHRISTIAN JAMAL ELLIS
ADC #162538                                                                                           PLAINTIFF

v.                                         4:24-cv-00080-JM-JJV

ANTHONY SIFUENTES,
Lieutenant, Varner Supermax, ADC; *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 5) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his excessive force, failure to protect, inadequate medical care, and battery claims against Defendants Sifuentes, Taylor, Corporal Dunlap, Sergeant Dunlap, Blair, White, Williams, Ryas, and Doe. All other claims as well as Defendants Barden, Carroll, and Gibson are dismissed without prejudice. And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 26th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE