# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CHRISTIAN JAMAL ELLIS
ADC #162538                                                                                   PLAINTIFF

v.                                      4:24-cv-00080-JM-JJV

ANTHONY SIFUENTES,
Lieutenant, Varner Supermax, ADC; *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  (Doc. 39)  No objections have been filed, and the time to do so has passed.  After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his excessive force, battery, failure to protect, and inadequate medical care claims against Defendants Sifuentes, Taylor, Corporal Dunlap, Sergeant Dunlap, Blair, White, and Williams in their personal capacities only.  All other claims are DISMISSED without prejudice.  Defendants Ryas and Hollingsworth are DISMISSED without prejudice as parties to this lawsuit.  Defendant Hollingsworth's Motion for Summary Judgment (Doc. 17) is DENIED as moot.  And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE