# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CHRISTIAN JAMAL ELLIS
ADC #162538                                                                                    PLAINTIFF

v.                                    4:24-cv-00080-JM-JJV

ANTHONY SIFUENTES,
Lieutenant, Varner Supermax, ADC; *et al.*                                          DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc.86) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Defendants' Motion for Summary Judgment (Doc. 62) is GRANTED only as to the inadequate medical care claim which is DISMISSED with prejudice, and DENIED in all other respects. Plaintiff may proceed to trial with his excessive force, failure to protect, and battery claims. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 23rd day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE