## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHRISTIAN JAMAL ELLIS
ADC #162538                                                                              PLAINTIFF

v.                                          4:24-cv-00080-JM

ANTHONY SIFUENTES,
Lieutenant, Varner Supermax, ADC; *et al.*                                  DEFENDANTS

### ORDER

Plaintiff's Motion to Dismiss with Prejudice pursuant to settlement (Doc. 103) is

GRANTED, and this case is DISMISSED WITH PREJUDICE.  It is certified, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying

Judgement would not be taken in good faith.

Dated this 24th day of June 2026.

_____
UNITED STATES DISTRICT JUDGE