**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CHRISTIAN JAMAL ELLIS
ADC #162538                                                                                                PLAINTIFF

v.                                                    4:24-cv-00080-JM

ANTHONY SIFUENTES,
Lieutenant, Varner Supermax, ADC; *et al.*                                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED

WITH PREJUDICE, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal

from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 24th day of June 2026.


_____
UNITED STATES DISTRICT JUDGE